MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail:  daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos.  CR 11-00549 EJD |
| ) | CR 11-00551 EJD |
|    Plaintiff, ) | CR 11-00705 EJD |
| ) | |
|    v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| JUAN CHAVEZ-ORNELAS, ) | ORDER TO CONTINUE SENTENCING |
|  a/k/a ELEAZAR CONTRERAS-DIAZ, ) | DATE |
| ) | |
|    Defendant. ) | |

On March 5, 2012, the defendant entered guilty pleas in the above referenced matters. The Court set a sentencing date of June 11, 2012.  The Probation Officer advised the parties that he requires additional time to complete the draft Presentence Report.  Mr. Chavez-Ornelas is currently in custody.

//

//

//

//

//

STIPULATION

1  The parties have no objection to continuing the June 11, 2012 sentencing date, and jointly
2  propose the date of August 6, 2012 for sentencing.  Such a continuance is necessary to ensure the
3  Court has a full and complete Presentence Report prior to sentencing.

5  Dated: June 6, 2012					Respectfully submitted,

6							MELINDA HAAG
							United States Attorney

9							/s/
							DANIEL R. KALEBA
							Assistant United States Attorney

12 Dated: June 6, 2012					/s/
							FRANK BELL
							Attorney for Defendant

16  Based on the above, and for good cause shown,
17  IT IS HEREBY ORDERED:
18  That the June 6, 2012 sentencing of the defendant is hereby continued to August 6, 2012.
    at 1:30 PM

22 Dated:  June 7, 2012					[signature]
							HON. EDWARD J. DAVILA
							United States District Judge

STIPULATION					2